# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WANTON,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>TIM VIRGA, et al.,<br><br>　　　　　　　Respondents. | CASE NO. 13cv1240-MMA (RBB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>[Doc. No. 14] |

　　Petitioner Gregory Wanton, a state prisoner proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to Title 28 of the United States Code, section 2254, challenging his May 4, 2009 conviction for, *inter alia*, first degree murder, and his sentence of an indeterminate term of seventy-five years to life in prison with a consecutive determinate term of nine years. *See* Doc. No. 1. United States Magistrate Judge Ruben B. Brooks previously determined that the petition contains both exhausted and unexhausted claims. *See* Doc. No. 11. Judge Brooks advised Petitioner of his options to avoid dismissal of his "mixed" petition. *Id.* On January 8, 2014, Respondents filed a motion seeking clarification of the instant proceedings. *See* Doc. No. 13. Judge Brooks granted the motion and has issued a well-reasoned Report recommending dismissal without prejudice of Petitioner's unexhausted claim 5 so that Petitioner may proceed as to claims 1 through 4 of his petition. *See* Doc. No. 14. Neither party has objected to Judge Brook's Report and Recommendation.

1  After reviewing the Report and Recommendation, the Court finds that Judge Brooks' conclusions are thorough, well-reasoned, and supported by the record. In light of the foregoing, and the fact that neither party filed objections, the Court hereby **ADOPTS** the Report and Recommendation in its entirety and **DISMISSES WITHOUT PREJUDICE** claim 5 of the petition.

**IT IS SO ORDERED**.

DATED: February 14, 2014

Hon. Michael M. Anello
United States District Judge